In the Matter of the Accounting of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of EMILY A. WATSON, Deceased, Respondent; HARVEY A. DWIGHT et al., Appellants.

JEAN B. DWIGHT et al., Respondents.

(Argued May 25, 1934; decided June 8, 1934.)

*Frank L. Wiswall* and *A. Kendall Roberts* for Harvey·A. Dwight et al., appellants.

*H. V. Smart* and *C. Alexander Capron* for Herwarth von der Decken, appellant.

*William S. Siemon* for Eleanor H. Marihugh et al., appellants.

*Howard Thayer Kingsbury, Vermont Hatch, Windsor B. Putnam, Edgar G. Wandless, E. Sheldon Stewart* and *Arthur McCausland* for respondents.

Order affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.